# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**PA 2-039-391**
Effective Date of Registration:
January 27, 2017

## Title

| | |
|---|---|
| Title of Work: | Once Upon a Time in Venice |
| Previous or Alternate Title: | Going Under |
| Nature of Claim: | Original Motion Picture |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2016 |
| Date of 1st Publication: | June 09, 2017 |
| Nation of 1st Publication: | Estonia |

## Author

| | |
|---|---|
| • Author: | Venice PI, LLC |
| Author Created: | Entire Motion Picture |
| Work made for hire: | Yes |
| Domiciled in: | United States |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Venice PI, LLC |
| | 116 N. Robertson Blvd., Suite 200, Los Angeles, CA 90048 |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | Motion Picture Screenplay |
| Previously registered: | No |
| New material included in claim: | Cinematographic material including performance and all audio and visual elements |

## Certification

| | |
|---|---|
| Name: | Michael A. Hierl |
| Date: | January 23, 2017 |

# EXHIBIT B

| No | IP | Port | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 24.12.109.71 | 24874 | 2017-06-18 02:19:05 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Comcast Cable | Illinois | Skokie | Cook |
| 2 | 73.211.51.242 | 31646 | 2017-06-18 02:47:23 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Comcast Cable | Illinois | Wheeling | Cook |
| 3 | 73.211.120.184 | 58050 | 2017-06-18 02:52:08 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Comcast Cable | Illinois | Forest Park | Cook |
| 4 | 98.226.193.120 | 52030 | 2017-06-18 03:19:35 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Comcast Cable | Illinois | Skokie | Cook |
| 5 | 24.13.54.164 | 53428 | 2017-06-18 03:34:22 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Comcast Cable | Illinois | Chicago | Cook |
| 6 | 98.213.204.59 | 50321 | 2017-06-18 04:45:34 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Comcast Cable | Illinois | Rockford | Winnebago |
| 7 | 73.44.154.184 | 27068 | 2017-06-18 12:21:41 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Comcast Cable | Illinois | McHenry | McHenry |
| 8 | 98.226.177.19 | 62159 | 2017-06-18 14:43:55 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Comcast Cable | Illinois | Elmwood Park | Cook |
| 9 | 69.246.244.173 | 35508 | 2017-06-18 16:12:25 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Comcast Cable | Illinois | Chicago | Cook |
| 10 | 24.13.148.101 | 28613 | 2017-06-18 16:47:16 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Comcast Cable | Illinois | Highland Park | Lake |
| 11 | 98.223.6.89 | 57745 | 2017-06-18 18:00:28 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Comcast Cable | Illinois | Hoffman Estates | Cook |
| 12 | 73.110.49.211 | 64727 | 2017-06-18 18:45:15 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Comcast Cable | Illinois | Chicago | Cook |
| 13 | 24.1.66.218 | 32000 | 2017-06-18 18:57:11 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Comcast Cable | Illinois | Chicago | Cook |
| 14 | 73.208.65.247 | 50321 | 2017-06-18 19:04:47 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Comcast Cable | Illinois | Aurora | DuPage |
| 15 | 73.211.213.187 | 40500 | 2017-06-18 20:29:10 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Comcast Cable | Illinois | Elmwood Park | Cook |
| 16 | 73.22.41.241 | 19390 | 2017-06-18 20:33:23 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Comcast Cable | Illinois | Carol Stream | DuPage |
| 17 | 24.12.151.59 | 59461 | 2017-06-18 20:52:43 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Comcast Cable | Illinois | Buffalo Grove | Lake |
| 18 | 98.228.116.16 | 14699 | 2017-06-18 20:52:43 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Comcast Cable | Illinois | Wheeling | Cook |
| 19 | 98.226.37.92 | 37137 | 2017-06-18 22:15:50 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Comcast Cable | Illinois | Des Plaines | Cook |
| 20 | 98.206.217.117 | 50321 | 2017-06-18 23:14:32 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Comcast Cable | Illinois | Chicago | Cook |
| 21 | 73.73.168.234 | 48101 | 2017-06-18 23:42:51 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Comcast Cable | Illinois | McHenry | McHenry |
| 22 | 73.50.47.79 | 22047 | 2017-06-18 23:55:37 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Comcast Cable | Illinois | Mount Prospect | Cook |
| 23 | 24.12.247.47 | 6881 | 2017-06-18 23:59:47 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Comcast Cable | Illinois | Buffalo Grove | Lake |