## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Venice PI, LLC

                Plaintiff,

v.    Case No.: 1:17−cv−06418
    Honorable Gary Feinerman

Does 1−23

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 16, 2017:

      MINUTE entry before the Honorable Gary Feinerman: Doe 7's motion to quash [13] is denied without prejudice for failure to comply with Local Rule 5.3(b). Motion hearing set for 11/8/2017 [14] is stricken. Mailed notice (lcw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.